UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS TORO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

THE WASTELAND GAMING, LLC,

                Defendant.

No. 22-cv-10585 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 3, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. The summons and complaint were served on January 4, 2023. To date, no letter or responsive pleading has been filed.

The parties shall submit their joint letter no later than April 27, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      April 17, 2023
              New York, New York

                                                              Ronnie Abrams
                                                              United States District Judge