UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE WASTELAND GAMING, LLC,<br><br>　　　　　　　　　Defendant. | No. 22-cv-10585 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 25, 2023, Plaintiff Luis Toro obtained a certificate of default from the Clerk's Office against Defendant The Wasteland Gaming, LLC. If Plaintiff intends to move for default judgment, he shall do so no later than August 11, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:　　July 11, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　United States District Judge