UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, *on behalf of himself and all others similarly situated*,<br><br>                        Plaintiff,<br><br>                           v.<br><br>THE WASTELAND GAMING, LLC,<br><br>                        Defendant. | No. 22-cv-10585 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 25, 2023, Plaintiff Luis Toro obtained a certificate of default from the Clerk's Office against Defendant The Wasteland Gaming, LLC. On July 11, 2023, the Court ordered Plaintiff to move for default judgment, if he intends to do so, no later than August 11, 2023. No motion has been filed to date. Plaintiff shall have one last opportunity to move for default judgment by September 14, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 7, 2023
              New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge