**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| LUIS TORO, on behalf of herself and all others similarly situated, | : Case No.: 1:22-cv-10585 |
| Plaintiffs, | : |
| v. | : NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| THE WASTELAND GAMING, LLC, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, LUIS TORO hereby move, at a date and time to be set by the Court, before the Honorable Judge Ronnie Abrams, at the Courthouse for the Southern District of New York, located at 40 Foley Square, courtroom 1506, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: September 15, 2023

    Hicksville, New York

                                        **MARS KHAIMOV LAW, PLLC**

                                        By: */s/ Mars Khaimov*
                                        Mars Khaimov, Esq.
                                        marskhaimovlaw@gmail.com
                                        100 Duffy Ave., Suite 510
                                        Hicksville, New York 11801
                                        Tel: (929) 324-0717
                                        *Attorneys for Plaintiff*