UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>       v.<br><br>THE WASTELAND GAMING, LLC,<br><br>        Defendant. | No. 22-cv-10585 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On May 15, 2024, the Court scheduled a show cause hearing for June 14, 2024. *See* ECF No. 16. The Court also ordered Plaintiff to serve the Court's order to show cause for default judgment and supporting papers on Defendant. To date, Plaintiff has not filed proof of service on the docket. Plaintiff shall file proof of service no later than June 10, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  June 4, 2024
     New York, New York

                    _____
                    Ronnie Abrams
                    United States District Judge